APPEAL,CLOSED,PROSE−NP,TYPE−F

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:25−cv−02378−ACR

| | |
|---|---|
| IN RE: GREGORY BRIAN MYERS | Date Filed: 07/23/2025 |
| Assigned to: Judge Ana C. Reyes | Date Terminated: 09/17/2025 |
| Case in other court: USBC/DC− Chapter 13, 25−00069 | Jury Demand: None |
| Cause: 11:8001 Bankruptcy Appeal | Nature of Suit: 422 Bankruptcy Appeal (801) |
| | Jurisdiction: Federal Question |

**In Re**

**GREGORY BRIAN MYERS**

**Appellant**

| | | |
|---|---|---|
| **GREGORY BRIAN MYERS** | represented by | **GREGORY BRIAN MYERS** <br> 4301 50th Street, NW <br> Suite 300 <br> Washington, DC 20016 <br> PRO SE |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/23/2025 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 25−00069, filed by GREGORY BRIAN MYERS. (Attachments: # 1 Civil Cover Sheet)(zdp) (Entered: 07/24/2025) |
| 08/25/2025 | 2 | Notice of Bankruptcy Appeal Record Availability re 1 Bankruptcy Appeal Bankruptcy Court case number 25−00069−ELG. (mg) (Entered: 09/02/2025) |
| 09/02/2025 | 3 | NOTICE to Counsel/Party (mg) (Entered: 09/02/2025) |
| 09/16/2025 | | MINUTE ORDER. The Court DIRECTS the Clerk of the Court to terminate this case for the reasons stated in *Myers v. City of Naples et al.*, No. 1:25−cv−2202−ACR (D.D.C. Aug. 11, 2025) (minute order). Mr. Myers is forewarned that another attempt to remove this case or to file a substantially similar case in this District will result in a ban from filing cases in the District Court for the District of Columbia. Signed by Judge Ana C. Reyes on 09/16/2025. (lcacr3) (Entered: 09/16/2025) |
| 10/15/2025 | 4 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 9/16/2025 Minute Order by GREGORY BRIAN MYERS. Fee Status: No Fee Paid. Parties have been notified. (znmw) (Entered: 10/16/2025) |
| 10/16/2025 | 5 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court or motion to proceed In Forma Pauperis has been decided re 4 Notice of Appeal to DC Circuit Court. (znmw) (Entered: 10/16/2025) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re:

GREGORY BRIAN MYERS,

    Appellant.

Case No.: 1:25-cv-02378-ACR

_____/

## NOTICE OF APPEAL

Pursuant to Rule 3 of the Federal Rules of Appellate Procedure, Gregory B. Myers hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the MINUTE ORDER entered by this Court on September 16, 2025 (the "Minute Order"), stating:

> MINUTE ORDER. The Court DIRECTS the Clerk of the Court to terminate this case for the reasons stated in *Myers v. City of Naples et al.,* No. 1:25-cv-2202-ACR (D.D.C. Aug. 11, 2025) (minute order). Mr. Myers is forewarned that another attempt to remove this case or to file a substantially similar case in this District will result in a ban from filing cases in the District Court for the District of Columbia. Signed by Judge Ana C. Reyes on 09/16/2025. (lcacr3) (Entered: 09/16/2025)

A copy of the docket showing the Minute Order is attached as **Exhibit A**.

Dated: October 15, 2025

Respectfully submitted,

*/s/ Gregory B. Myers*

Gregory B. Myers, pro se
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
*gregbmyers@verizon.net*

**RECEIVED**
OCT 15 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 15, 2025, I filed the foregoing NOTICE OF APPEAL with the Clerk of Court and a copy of same will be served on all parties registered to receive service on the Court's ECF system, including:

Rebecca A. Herr ecf@ch13md.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

*[signature]*
Gregory B. Myers, pro se

2

# Exhibit A

Query   Reports   Utilities   Help   Log Out

CLOSED,PROSE-NP,TYPE-F

## U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:25-cv-02378-ACR

IN RE: GREGORY BRIAN MYERS
Assigned to: Judge Ana C. Reyes
Case in other court: USBC/DC- Chapter 13, 25-00069
Cause: 11:8001 Bankruptcy Appeal

Date Filed: 07/23/2025
Date Terminated: 09/17/2025
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**In Re**
**GREGORY BRIAN MYERS**

represented by **GREGORY BRIAN MYERS**
4301 50th Street N.W.
Suite 300
Washington, DC 20016
PRO SE

**Appellant**
**GREGORY BRIAN MYERS**

V.

**Appellee**
**GREGORY BRIAN MYERS**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/23/2025 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 25-00069, filed by GREGORY BRIAN MYERS. (Attachments: # 1 Civil Cover Sheet)(zdp) (Entered: 07/24/2025) |
| 08/25/2025 | 2 | Notice of Bankruptcy Appeal Record Availability re 1 Bankruptcy Appeal Bankruptcy Court case number 25-00069-ELG. (mg) (Entered: 09/02/2025) |
| 09/02/2025 | 3 | NOTICE to Counsel/Party (mg) (Entered: 09/02/2025) |
| 09/16/2025 |  | MINUTE ORDER. The Court DIRECTS the Clerk of the Court to terminate this case for the reasons stated in *Myers v. City of Naples et al.*, No. 1:25-cv-2202-ACR (D.D.C. Aug. 11, 2025) (minute order). Mr. Myers is forewarned that another attempt to remove this case or to file a substantially similar case in this District will result in a ban from filing cases in the District Court for the District of Columbia. Signed by Judge Ana C. Reyes on 09/16/2025. (lcacr3) (Entered: 09/16/2025) |



| PACER Service Center |
|---|